UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS ALBERTO LOPEZ GUTIERREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | No. 19 C 08049 <br><br> Judge Edmond E. Chang |

## STATUS REPORT

On February 17, 2020, the Court ordered U.S. Immigration and Customs Enforcement (ICE) to submit a status report regarding ICE's position on whether, and under what circumstances, ICE would defer Plaintiff's removal. At this time, ICE cannot assure the Court that it will defer Plaintiff's removal for any amount of time because Plaintiff does not have a final order of removal and because Plaintiff is likely to post bond in the near future.

On February 19, 2020, the immigration court granted Plaintiff a $25,000 bond. If Plaintiff posts bond, Plaintiff will no longer be in ICE's custody and will have the opportunity to demonstrate that he meets the guidelines for Deferred Action for Childhood Arrivals (DACA) consideration. Nonetheless, if Plaintiff fails to post bond and remains detained—and assuming Plaintiff is ultimately subject to a final order of removal and does not receive a stay of removal—ICE will provide Plaintiff's counsel with 72 hours' notice before ICE removes Plaintiff. If Plaintiff is not detained and a final order of removal is issued, ICE will generally provide Plaintiff with written notice to report to ICE for removal within 30 days.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
Direct Court Section

JEFFREY ROBINS
Deputy Director, Office of Immigration Litigation
District Court Section

By: s/ *Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Direct Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
katelyn.masetta.alvarez@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that the Defendants' Status Report was filed on February 20, 2020 via ECF pursuant to the general Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*/s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Trial Attorney